United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-15272-sr
April Johnson                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR        Page 1 of 1                Date Rcvd: Sep 01, 2016
                            Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2016.
db              +April Johnson,    5856 N. 7th Street,    Philadelphia, PA 19120-1306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2016 at the address(es) listed below:
      DIANE E. BARR    on behalf of Debtor April   Johnson barrdupree09@yahoo.com,  dbarrcg@aol.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
       pashcroft@bernsteinlaw.com,
       pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                   TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>APRIL JOHNSON,<br><br>                Debtor,<br><br>REGIONAL ACCEPTANCE CORPORATION,<br>                Movant<br><br>    v.<br><br>APRIL JOHNSON and<br>FREDERICK L. REIGLE, Ch. 13 Trustee,<br><br>                Respondents | Bankruptcy No. 15-15272-sr<br><br>Chapter 13<br><br>Related to Doc. No. 48 |

## ORDER OF COURT

AND NOW, this 1st day of September, 2016, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_____
Hon. Stephen Raslavich
U.S. Bankruptcy Court Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 15-15272-sr |
| APRIL JOHNSON, | Chapter 13 |
| Debtor, | Related to Doc. No. 48 |
| REGIONAL ACCEPTANCE CORPORATION, | |
| Movant | |
| v. | |
| APRIL JOHNSON and FREDERICK L. REIGLE, Ch. 13 Trustee , | |
| Respondents | |

<u>STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u>

   AND NOW, comes Movant, Regional Acceptance Corporation, by and through its undersigned counsel, Bernstein-Burkley, P.C., and, Debtor, April Johnson, by and through her undersigned counsel, Diane E. Barr, Esquire, and together file this Stipulation Resolving Motion for Relief from the Automatic Stay (the "Stipulation"), stating as follows:

   1.  The automatic stay of the Bankruptcy Code shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

   2.  Movant has a secured interest in Debtor's 2013 Toyota Camry Sedan 4D LE 2.5L I4, VIN 4T4BF1FK6DR319974.

   3.  As of the August 19, 2016 Contract payment, the total arrears to Movant will be $3,770.54, including $450 in legal fees and $176.00 in costs.

   4.  Debtor shall cure the post-petition arrears by making a $1,000 payment on or before August 12, 2016 followed by six monthly payments of $940.36 starting with the

September 19, 2016 payment. After the post-petition arrears are cured, Debtor shall timely make all future regular $478.60 monthly payments to Movant pursuant to the terms of the Contract. The payments and due dates will be as follows:

    August 12, 2016    $1,000
    September 19, 2016    $940.36
    October 19, 2016    $940.36
    November 19, 2016    $940.36
    December 19, 2016    $940.36
    January 19, 2017    $940.36
    February 19, 2017    $940.36

    March 19, 2017    $478.60 (regular payments continue until Contract is paid in full)

    5.    Debtors shall direct the payments to:

    J. Lindsay Holt
    Regional Acceptance Corporation
    P. O. Box 1847
    2713 Forest Hills Road
    Wilson NC 27894-1847

    6.    Payments must be received by Movant at the above-referenced address on or before the 19th day of each month. If Movant does not timely receive the full monthly payment Movant may send Debtor and counsel a written notice of default of this Stipulation. Movant may send the written notice by fax or e-mail, instead of or in addition to regular mail. If the default is not cured within ten (10) days of the date of the notice, counsel for Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay as to the Vehicle without further hearing. If Debtor sends a payment that is returned for insufficient funds, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay as to the Vehicle without further hearing.

       7.       If Debtor has defaulted on the Stipulation in two separate months then, if Debtor defaults a third time, Movant may file a Certification of Default without having to first send Debtor notice of the Default.

       8.       In the event the instant bankruptcy case is converted to a case under Chapter 7 of the Bankruptcy Code, Debtor shall cure the pre-petition and post-petition arrears within ten (10) days from the date of such conversion.  Should Debtor fail to cure said arrears within the ten day period, such failure shall be deemed a default under the terms of this Stipulation and Movant may send Debtor and counsel a written notice of default.  If the default is not cured within ten (10) days from the date of the notice, counsel for Movant may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the automatic stay as to the Vehicle.

9.  This Stipulation may only be modified by a revised Stipulation filed on the docket in the Bankruptcy.  No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence.  No written modifications are permitted, except for a revised Stipulation filed on the docket in the Bankruptcy.

Agreed to by:

| By: /s/ Peter J. Ashcroft<br>Peter J Ashcroft, Esq.<br>PA I.D. # 87317<br>pashcroft@bernsteinlaw.com<br>Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200,<br>Gulf Tower<br>Pittsburgh, PA 15219<br>(412) 456-8107<br>Fax: (412) 456-8135<br><br>Counsel for Movant, Regional Acceptance Corporation | By: /s/ Diane E. Barr<br>Law Office of Diane E. Barr<br>4206 Chestnut Street<br>Philadelphia,, PA 19104<br>215-222-0791<br>Fax : 610-441-7518<br>Email:<br>barrdupree09@yahoo.com<br><br>Counsel for Debtor, April Johnson | By: /s/ Polly A. Langdon<br>Polly A. Langdon, Esq.<br>Frederick L. Reigle, Esq.<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606<br>610-779-1313<br>Email:<br>ecfmail@fredreiglech13.com<br><br>Counsel for Frederick L. Reigle, Chapter 13 Trustee |
|---|---|---|

Dated:  August 31, 2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 15-15272-sr |
|---|---|
| APRIL JOHNSON, | Chapter 13 |
| Debtor, | Related to Doc. No. 48 |
| REGIONAL ACCEPTANCE CORPORATION, Movant | |
| v. | |
| APRIL JOHNSON and FREDERICK L. REIGLE, Ch. 13 Trustee , Respondents | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 31st day of August, 2016, I served a copy of the Stipulation Resolving Motion for Relief from the Automatic Stay by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

April Johnson
5856 N. 7th Street
Philadelphia, PA 19120


and:

| | |
|---|---|
| Diane E. Barr, Esq. | barrdupree09@yahoo.com |
| Frederick L. Reigle, Ch. 13 Trustee | ecfmail@fredreiglech13.com |
| Office of the United States Trustee | ustpregion03.ph.ecf@usdoj.gov |

By: /s/ Peter J Ashcroft
Peter J Ashcroft, Esq.
PA I.D. # 87317
pashcroft@bernsteinlaw.com
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Regional Acceptance
Corporation