United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 15-15272-sr
April Johnson                                                                           Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR            Page 1 of 1             Date Rcvd: Nov 15, 2016
                          Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2016.
db          +April Johnson,    5856 N. 7th Street,    Philadelphia, PA 19120-1306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2016 at the address(es) listed below:
     DIANE E. BARR    on behalf of Debtor April   Johnson barrdupree09@yahoo.com,   dbarrcg@aol.com
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     PETER J. ASHCROFT    on behalf of Creditor   Regional Acceptance Corporation
      pashcroft@bernsteinlaw.com,
      pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
     POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                        TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 15-15272-sr |
|---|---|
| APRIL JOHNSON, | Chapter 13 |
| Debtor, | Related to Doc. No. 48 |
| REGIONAL ACCEPTANCE CORPORATION, | |
| Movant | |
| v. | |
| APRIL JOHNSON and FREDERICK L. REIGLE, Ch. 13 Trustee , | |
| Respondents | |

ORDER OF COURT

AND NOW, upon consideration of the foregoing Certification of Default of Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Regional Acceptance Corporation in the 2013 Toyota Camry Sedan 4D LE 2.5L I4, VIN 4T4BF1FK6DR319974.

11/15/16

JUDGE STEPHEN RASLAVICH