UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

APRIL JOHNSON
                                                : Bankruptcy No. 15-15272SR
       Debtor(s)                                : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

Stephen Raslavich, B. J.

**Date: January 18, 2017**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DIANE E BARR ESQ
4206 CHESTNUT STREET
1ST FLR
PHILADELPHIA PA 19104-

APRIL JOHNSON
5856 N. 7TH STREET
PHILADELPHIA,PA.19120