United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15272-sr
April Johnson                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Apr 07, 2017
                              Form ID: pdf900           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2017.
```
db          +April Johnson,    5856 N. 7th Street,    Philadelphia, PA 19120-1306
13626223    +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13575957     Midland Mortgage,    PO Box 26648,    Oklahoma City, OK  73126-0648
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Apr 08 2017 01:44:16     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 08 2017 01:43:23
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 08 2017 01:44:11     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13575958     E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 08 2017 01:48:32     Regional Acceptance,
              PO Box 580075,    Charlotte, NC  28258-0075
13600944     E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 08 2017 01:48:32     Regional Acceptance Corporation,
              PO Box 1847,    Wilson, NC 27894-1847
                                                                                             TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2017 at the address(es) listed below:
```
            DIANE E. BARR    on behalf of Debtor April  Johnson barrdupree09@yahoo.com,  dbarrcg@aol.com
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
             pashcroft@bernsteinlaw.com,
             pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
             rive.com
            POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
             ecf_frpa@trustee13.com
            THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re: April Johnson          :     Case No. 15-17252
                                              :     Chapter 13
                                              :
                                              :

## PROPOSED ORDER

AND NOW, it is ORDERED that the dismissal order entered January 18, 2017 is hereby vacated.

Date: **April 6, 2017** _____

                                                                                  Honorable Stephen Raslavich