UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: April Johnson          :     Case No. 15-15272
                              :     Chapter 13
                              :
                              :

AMENDED ORDER

    AND NOW, it is ORDERED that the dismissal order entered January 18, 2017 is hereby vacated.

Date: **April 7, 2017**     _____

                                            Honorable Stephen Raslavich