UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: April Johnson                  :       Case No. 15-15272
                                      :              Chapter 13
                                      :
                                      :
                                      :
                                      :

PROPOSED ORDER

And now, this 26 day of July, 2017, it is hereby ordered and decreed that MidFirst Bank's certification of default is hereby denied. ✳

Date: 7/26/2017

_____
Honorable Stephen Raslavich

✳ BASED ON NO-response OR Appearance by CREDITOR'S OR COUNSEL AT TODAY'S hEARINC AND SUBJECT TO REMITTANCE by DEBTOR'S COUNSEL OF ~~TWO~~ MONEY ORDERS TOTALING ~~$2~~ $3230.⁰⁰ TO CREDITOR'S COUNSEL FORThwith.