United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
April Johnson
    Debtor

Case No. 15-15272-sr
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Jul 28, 2017
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2017.
db         +April Johnson,    5856 N. 7th Street,    Philadelphia, PA 19120-1306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2017 at the address(es) listed below:
       DIANE E. BARR    on behalf of Debtor April Johnson barrdupree09@yahoo.com, dbarrcg@aol.com
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       MATTEO SAMUEL WEINER    on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com
       PETER J. ASHCROFT    on behalf of Creditor Regional Acceptance Corporation
       pashcroft@bernsteinlaw.com,
       pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com
       POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
       THOMAS I. PULEO    on behalf of Creditor MidFirst Bank tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                       TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: April Johnson                :         Case No. 15-15272
                                    :              Chapter 13
                                    :
                                    :
                                    :
                                    :

PROPOSED ORDER

And now, this _26_ day of ___July_____, 2017, it is hereby ordered and decreed that MidFirst Bank's certification of default is hereby denied. ✱

Date: 7/26/2017                     _____
                                    Honorable Stephen Raslavich

✱ BASED ON NO-RESPONSE OR APPEARANCE BY
CREDITOR'S OR COUNSEL AT TODAY'S HEARING, AND
SUBJECT TO REMITTANCE BY DEBTOR'S COUNSEL
OF MONEY ORDERS TOTALING $3230.00
TO CREDITOR'S COUNSEL FORTHWITH.