# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: April Johnson
                Debtor

MidFirst Bank
           v.
April Johnson
           and
Frederick L. Reigle Esq.
           Trustee

Chapter 13

NO. 15-15272 JKF

## ORDER

AND NOW, this 19th day of July, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED ~~AND DECREED~~ that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 is modified to allow MidFirst Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5856 North 7th Street Philadelphia, PA 19120.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

April Johnson
5856 North 7th Street
Philadelphia, PA 19120

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Diane E. Barr Esq.
4206 Chestnut Street
Philadelphia, PA 19104

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532