**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  April Johnson        :        CASE NO.:  15-15272

Debtor(s)            :        CHAPTER 13

**PROPOSED ORDER**

AND NOW THIS, __30th__ day of __August__, 2018, it is hereby ordered that the order of relief entered on July 19, 2018 is hereby vacated. The order vacated is docket entry number 105.

Date: August 30, 2018

_____
Honorable Jean K. FitzSimon