| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 15-15272-AMC

APRIL JOHNSON
5856 N. 7TH STREET
PHILADELPHIA  PA    19120

Petition Filed Date: 07/26/2015
341 Hearing Date: 10/09/2015
Confirmation Date: 02/24/2016

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2019 | $9.00 | 25583007284 | 01/16/2019 | $1,000.00 | 25583007295 | 02/20/2019 | $300.00 | 25597919845 |
| 03/22/2019 | $305.00 | 25762575892 | 06/18/2019 | $600.00 | 25664579425 | 08/26/2019 | $610.00 | 25131364751 |
| 09/17/2019 | $610.00 | 25664543537 | 01/24/2020 | $920.00 | 25131372928 | 02/10/2020 | $600.00 | 25131374076 |
| 03/04/2020 | $305.00 | 26526209343 | 04/07/2020 | $305.00 | 147473 | 05/05/2020 | $305.00 | 26362254407 |
| 07/24/2020 | $305.00 | 26771013202 | | | | | | |

**Total Receipts for the Period:  $6,174.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $16,623.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | MIDFIRST BANK NKA MIDLAND MRTG<br>»»  002 | Mortgage Arrears | $13,912.93 | $13,902.59 | $10.34 |
| 1 | REGIONAL ACCEPTANCE CORP<br>»»  01U | Unsecured Creditors | $15,481.62 | $0.00 | $15,481.62 |
| 1 | REGIONAL ACCEPTANCE CORP<br>»»  001 | Secured Creditors | $975.22 | $974.49 | $0.73 |

**Chapter 13 Case No. 15-15272-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,623.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $14,877.08 | Arrearages: | $566.65 |
| Paid to Trustee: | $1,471.42 | Total Plan Base: | $17,189.65 |
| Funds on Hand: | $274.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.